# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2017

155086

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

MOLLY PIETILA,
　　　　Plaintiff-Appellee,

v

KENT WISOTZKE,
　　　　Defendant-Appellant.

SC: 155086
COA: 321652
Marquette CC: 12-050021-NI

_____/

On order of the Court, the application for leave to appeal the September 29, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2017



Clerk

t0614